IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC, ) | | |
| on behalf of itself and a class, ) | | |
| ) | | |
| Plaintiff, ) | 12 CV 8175 | |
| ) | | |
| v. ) | | |
| ) | Honorable Judge Lefkow | |
| PRESCRIPTION VITAMINS, LLC, ) | Magistrate Judge Brown | |
| and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**

**GLEN ELLYN PHARMACY, INC.**

s/ Dulijaza Clark
By one of its attorneys
Dulijaza (Julie) Clark
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603
312-739-4200

**DEFENDANTS**

**PRESCRIPTION VITAMINS, LLC**

s/ Melvin Berfond
By one of its attorneys
Melvin B. Berfond
Attorney at Law
277 Broadway
Suite 810
New York, New York 10007

**CERTIFICATE OF SERVICE**

       I, Dulijaza Clark, certify that on April 3, 2013, I caused a true and accurate copy of the foregoing document to be served via US Mail on the following party:

       Melvin B. Berfond
       Attorney at Law
       277 Broadway
       Suite 810
       New York, New York 10007

       s/ Dulijaza Clark
       Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)