UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Glen Ellyn Pharmacy, Inc.

          Plaintiff,

v.                 Case No.: 1:12–cv–08175
                 Honorable Joan H. Lefkow

Prescription Vitamins, LLC, et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 4, 2013:

  MINUTE entry before Honorable Joan H. Lefkow:Status hearing of 4/4/2013 stricken. Pursuant to Stipulation to Dismiss [19], plaintiff's individual claims against defendant are dismissed with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action. Case dismissed. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.